**RUSSELL L. LOW, ESQ. RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street - Suite 304**
**Hackensack, New Jersey 07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on April 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Jean C. Koegler, III | : | HONORABLE VINCENT F. PAPALIA |
| | : | CHAPTER 13 |
| Debtor (s) | : | Case No. 22-11257 |
| | : | Hearing Date: April 21, 2022 at 10:00 am |

## ORDER EXTENDING

☐   CASE         ✓   AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

DATED: April 26, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. by way of Motion to extend the Automatic Stay (the "Motion"), and due notice having been given, and for good cause it is

**ORDERED** that:

The Automatic Stay is extended as to INTERNAL REVENUE SERVICE, NORTH HUDSON SEWERAGE AUTHORITY, PNC BANK, WELLS FARGO BANK and all Creditors served with the underlying Motion and this Order; and it is further

ORDERED that Debtor's counsel shall serve a copy if this Order on all creditors and other parties in interest within three (3) business days of its entry.