| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>WNI 15-010067<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esquire  023211995<br>ATTORNEYS FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR1 | Order Filed on May 12, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JEAN C. KOEGLER, III,<br>                          DEBTOR | Case No.: 22-11257-VFP<br><br>Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED

**DATED: May 12, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter being opened to the Court by Russell L. Low, attorney for the Debtor, upon filing of a Chapter 13 Plan, and The Bank of New York Mellon Trust Company, N.A., et seq., hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1.    Debtor is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 52 Sterling Avenue, Weehawken, NJ 07086.

2.    At the time of bankruptcy filing, Debtor owed Secured Creditor a pre-petition arrearage of $242,848.48; as evidenced in Secured Creditor's Proof of Claim 10-1 filed on April 26, 2022.

3.    Debtor will apply through Secured Creditor's servicing agent for a loan modification to cure the pre-petition arrears on the mortgage loan secured by 52 Sterling Avenue, Weehawken, NJ 07086.

4.    This loan modification review shall be completed by August 1, 2022.

5.    If a loan modification is not completed by August 1, 2022, Debtor must within fourteen (14) days thereof:  1) modify the Chapter 13 Plan to fully cure Secured Creditor's pre-petition arrearages of $242,848.48 as filed in Proof of Claim No. 10-1;  or 2) modify the Chapter 13 Plan to surrender the subject property;  or 3) Convert to a Chapter 7 case.

6.    Debtor agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $2,862.32 monthly, commencing with the first post-petition payment due after bankruptcy filing of March 1, 2022. Payments to be made directly to: Wells Fargo Home Mortgage, P.O. Box 14507, Des Moines, IA 50306.

7.    If the Debtor fails to make any payments detailed in this Consent Order within sixty (60) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may move for an Order Vacating the Automatic Stay as to the Collateral by filing a Motion to Vacate Automatic Stay in the Bankruptcy Court, specifying the Debtor's failure to maintain all contractually due post-petition payments, with a copy of any motion supporting certification(s), and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

8.    Secured Creditor agrees this Consent Order resolves the Objection to Confirmation of Plan filed on March 7, 2022; ECF Doc.:13.

9.    This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan and any Order Confirming Chapter 13 Plan as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                             Date: 5-11-2022
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

/s/ Russell L. Low                                  Date: May 11, 2022
Russell L. Low, Esquire
Attorney for the Debtor