Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−11257−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jean C Koegler III
   52 Sterling Avenue
   Weehawken, NJ 07086

Social Security No.:
   xxx−xx−7950

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/16/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 16, 2022
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jean C Koegler, III  
    Debtor

Case No. 22-11257-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Sep 16, 2022      Form ID: 148      Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean C Koegler, III, 52 Sterling Avenue, Weehawken, NJ 07086-6809 |
| 519510011 | + | Associated Creditors Exchange, Inc., PO Box 33130, Phoenix, AZ 85067-3130 |
| 519510019 | + | Bank of America, 1635 South Lumpkin Road, Columbus, GA 31903-2721 |
| 519517731 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519510025 | + | Brachfield Law Group, P.C., PO Box 421088, Houston, TX 77242-1088 |
| 519510031 | + | Capital One, PO Box 1954, Southgate, MI 48195-0954 |
| 519510035 | + | Chase, PO Box 78035, Phoenix, AZ 85062-8035 |
| 519510045 | + | Domenick A. Castellucci, 804 Broadway, Bayonne, NJ 07002-2971 |
| 519510047 | + | Fcnb/mastertrust, Po Box 3412, Omaha, NE 68103-0412 |
| 519510052 | + | Goldman & Warshaw PC, 10 Oakland Avenue Suite 2-4, PO Box 597, Warwick, NY 10990-0597 |
| 519510053 | + | Hayt, Hayt, & Landau, LLC, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519510056 | + | Hudson County Superior Court, Civil Division/Special Civil, 595 Newark Ave., Jersey City, NJ 07306-2394 |
| 519510060 | + | Imergent, 754 E. Technology, Orem, UT 84097-6204 |
| 519510077 | + | North Hudson Sewerage Authority, 1600 Adams St., 2nd Floor, Hoboken, NJ 07030-2304 |
| 519510078 | + | Olympus Servicing Lp, 9600 Great Hills Trail St 200w, Austin, TX 78759-5680 |
| 519510079 | + | Palisade Collection LLC, PO Box 1244, Englewood Cliffs, NJ 07632-0244 |
| 519510082 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Building 1, Belmar, NJ 07719-9020 |
| 519510089 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 519510087 | + | Shapiro & DeNardo, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 519572680 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519510093 | + | Universal Account Servicing LLC, PO Box 807010, Kansas City, MO 64180-7010 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519558852 | | Email/Text: amcgill@debtone.com | Sep 16 2022 20:33:00 | CREDITONE, LLC, P.O. BOX 625, METAIRIE, LA 70004-0625 |
| 519510008 | + | Email/PDF: bncnotices@becket-lee.com | Sep 16 2022 20:36:15 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519510009 | + | EDI: APPLIEDBANK.COM | Sep 17 2022 00:28:00 | Applied Card Bank, Attention: General Inquiries, Po Box 17125, Wilmington, DE 19850-7125 |
| 519510010 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 16 2022 20:33:00 | Aspire, Pob 105555, Atlanta, GA 30348-5555 |

Case 22-11257-VFP    Doc 36    Filed 09/18/22    Entered 09/19/22 00:17:18    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 148 | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| 519510017 | EDI: BANKAMER.COM | Sep 17 2022 00:28:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 519510013 | + EDI: BANKAMER2.COM | Sep 17 2022 00:28:00 | Bank Of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 519510012 | + EDI: BANKAMER.COM | Sep 17 2022 00:28:00 | Bank Of America, Attn: Bankruptcy NC4-105-02-99, Po Box 26012, Greensboro, NC 27420-6012 |
| 519510015 | + EDI: BANKAMER2.COM | Sep 17 2022 00:28:00 | Bank Of America, Po Box 1598, Norfolk, VA 23501-1598 |
| 519510020 | + EDI: BANKAMER2.COM | Sep 17 2022 00:28:00 | Bank of America, 475 Crosspoint Parkway, Getzville, NY 14068-1609 |
| 519510022 | + EDI: TSYS2 | Sep 17 2022 00:28:00 | Barclays Bank Delaware, Attention: Customer Support Department, Po Box 8833, Wilmington, DE 19899-8833 |
| 519510026 | EDI: CAPITALONE.COM | Sep 17 2022 00:28:00 | Cap One, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 519510029 | EDI: CAPITALONE.COM | Sep 17 2022 00:28:00 | Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 519521063 | + EDI: AIS.COM | Sep 17 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519510038 | + EDI: CITICORP.COM | Sep 17 2022 00:28:00 | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 519510039 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2022 20:36:06 | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 519510049 | + Email/Text: fggbanko@fgny.com | Sep 16 2022 20:34:00 | Foster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519510051 | + EDI: GMACFS.COM | Sep 17 2022 00:28:00 | GMAC, Attention: Bankruptcy Dept., 1100 Virginia Drive, Fort Washington, PA 19034-3276 |
| 519510050 | + EDI: RMSC.COM | Sep 17 2022 00:28:00 | Gemb/howards, Attention: Bankruptcy, Po Box 103106, Roswell, GA 30076-9106 |
| 519510054 | + EDI: HFC.COM | Sep 17 2022 00:28:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 519510055 | + EDI: HFC.COM | Sep 17 2022 00:28:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 5253, Carol Stream, IL 60197-5253 |
| 519510061 | + EDI: IRS.COM | Sep 17 2022 00:28:00 | Internal Revenue Services, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519510063 | EDI: JEFFERSONCAP.COM | Sep 17 2022 00:28:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519552268 | EDI: JEFFERSONCAP.COM | Sep 17 2022 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519510032 | EDI: JPMORGANCHASE | Sep 17 2022 00:28:00 | Chase, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 519510037 | EDI: JPMORGANCHASE | Sep 17 2022 00:28:00 | Chase Na, Attn: Bankruptcy Dept, Po Box 100018, Kennesaw, GA 30156 |
| 519510048 | EDI: JPMORGANCHASE | Sep 17 2022 00:28:00 | First Usa,na, Attention: Correspondence/Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519510064 | + EDI: TSYS2 | Sep 17 2022 00:28:00 | Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 519510066 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 16 2022 20:33:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |

Case 22-11257-VFP    Doc 36    Filed 09/18/22    Entered 09/19/22 00:17:18    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 148 | Total Noticed: 67 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 519510068 | + | Email/Text: BKNotice@ldvlaw.com | Sep 16 2022 20:34:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519510081 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2022 20:33:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 519510073 | | Email/Text: signed.order@pfwattorneys.com | Sep 16 2022 20:33:00 | Midland Funding LLC, Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519510074 | | Email/Text: signed.order@pfwattorneys.com | Sep 16 2022 20:33:00 | New Century Financial Services, Inc., ATTN: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519510086 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 16 2022 20:34:00 | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519510088 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 16 2022 20:33:00 | Specialized Loan Servi, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 519510067 | | Email/Text: marisa.sheppard@timepayment.com | Sep 16 2022 20:34:00 | Leasecomm, 10-M Commerce Way, Woburn, MA 01801 |
| 519510090 | + | EDI: WTRRNBANK.COM | Sep 17 2022 00:28:00 | Target, Po Box 9475, Minneapolis, MN 55440-9475 |
| 519510091 | + | EDI: WTRRNBANK.COM | Sep 17 2022 00:28:00 | Tnb-visa, Po Box 9475, Minneapolis, MN 55440-9475 |
| 519510046 | | EDI: USBANKARS.COM | Sep 17 2022 00:28:00 | Elan Financial Service, Po Box 5229, Cincinnati, OH 45201 |
| 519510095 | | Email/Text: vci.bkcy@vwcredit.com | Sep 16 2022 20:34:00 | Volkswagon Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 519555988 | + | EDI: AIS.COM | Sep 17 2022 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519510098 | + | EDI: WFHOME | Sep 17 2022 00:28:00 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Saint Paul, MN 55121-1663 |
| 519510099 | + | EDI: WFNNB.COM | Sep 17 2022 00:28:00 | Wfnnb/roamans, 8035 Quivira Rd, Lenexa, KS 66215-2746 |
| 519510100 | + | EDI: WFNNB.COM | Sep 17 2022 00:28:00 | Wfnnb/silhouettes, Po Box 2974, Shawnee Mission, KS 66201-1374 |
| 519510101 | + | EDI: WFNNB.COM | Sep 17 2022 00:28:00 | Wfnnb/woman/within, Po Box 182273, Columbus, OH 43218-2273 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519566246 | | The Bank of New York Mellon Trust Company, N.A., a |
| 519510018 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 519510014 | *+ | Bank Of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 519510016 | *+ | Bank Of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 519510021 | *+ | Bank of America, 475 Crosspoint Parkway, Getzville, NY 14068-1609 |
| 519510023 | *+ | Barclays Bank Delaware, Attention: Customer Support Department, Po Box 8833, Wilmington, DE 19899-8833 |
| 519510024 | *+ | Barclays Bank Delaware, Attention: Customer Support Department, Po Box 8833, Wilmington, DE 19899-8833 |
| 519510027 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Cap One, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 519510028 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Cap One, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 519510030 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |

Case 22-11257-VFP   Doc 36   Filed 09/18/22   Entered 09/19/22 00:17:18   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 148 | Total Noticed: 67 |

| | | |
|---|---|---|
| 519510036 | *+ | Chase, PO Box 78035, Phoenix, AZ 85062-8035 |
| 519510040 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 519510041 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 519510042 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 519510043 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 519510044 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 519510057 | *+ | Hudson County Superior Court, Civil Division/Special Civil, 595 Newark Ave., Jersey City, NJ 07306-2394 |
| 519510058 | *+ | Hudson County Superior Court, Civil Division/Special Civil, 595 Newark Ave., Jersey City, NJ 07306-2394 |
| 519510059 | *+ | Hudson County Superior Court, Civil Division/Special Civil, 595 Newark Ave., Jersey City, NJ 07306-2394 |
| 519510062 | *+ | Internal Reveue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519510033 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 519510034 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 519510065 | *+ | Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 519510069 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519510070 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519510071 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519510072 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519561145 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519510075 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial Services, Inc., ATTN: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519510076 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial Services, Inc., ATTN: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519510083 | *+ | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Building 1, Belmar, NJ 07719-9020 |
| 519510084 | *+ | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Building 1, Belmar, NJ 07719-9020 |
| 519510085 | *+ | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Building 1, Belmar, NJ 07719-9020 |
| 519510092 | *+ | Tnb-visa, Po Box 9475, Minneapolis, MN 55440-9475 |
| 519510096 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, Volkswagon Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 519510097 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, Volkswagon Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 519510080 | ##+ | Phillips & Cohen Associates, 695 Rancocas Road, Westhampton, NJ 08060-5626 |
| 519510094 | ##+ | Universal Underwriters Insurance Company, ATTN: Allied Interstate Inc, 2290 Agate Court, Unit A1, Simi Valley, CA 93065-1935 |

TOTAL: 1 Undeliverable, 35 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor-in-interest to all permitted successor |

| | |
|---|---|
| | ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Jean C Koegler III ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5